UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
                      Plaintiff(s)

25 civ 3761 (JGK)

      -against-

APPROXIMATELY $542,654.81 IN UNITED STATES
CURRENCY FORMERLY ON DEPOSIT IN CITIBANK
ACCOUNT NUMBER 6877019151, HELD IN THE NAME
OF FGUS, INC., AND ALL FUNDS TRACEABLE THERETO,
INCLUDING ACCRUED INTEREST,
                      Defendant(s).
-----------------------------------------------------------X

## ORDER

The parties agree that the Stipulation and Order (ECF. No. 12) resolves this case.

Therefore, any prior deadlines are vacated. The Clerk is respectfully directed to close this case.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 4, 2025